■ In the Matter of PHILIP F. CAROLAN et al., Respondents, against JOSEPH SCHECHTER et al., Constituting the Department of Personnel, Civil Service Commission, City of New York, et al., Appellants.— Resettled order appealed from unanimously affirmed, with $20 costs and disbursements to the petitioners-respondents. The evidence reveals an integrated pattern of assigning, without regard to appropriate Civil Service Law and regulations, a considerable number of persons holding the title of Supervisor of Park Operations and two others to the performance of duties clearly beyond the scope of the duties and responsibilities attaching to their respective civil service titles. Concur — Botein, P. J., Breitel, Rabin, M. · M. Frank and McNally, JJ. [5 Misc 2d 753.]

■ In the Matter of JAMES KEYES, Petitioner, against MORRIS A. JACOBS, as Commissioner of Hospitals of the City of New York, Respondent.— Determination of the Commissioner of Hospitals unanimously annulled on the law, without costs, and proceeding remanded for a new hearing. There is insufficient competent evidence to sustain the determination. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.